# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES OTTIS WATKINS,**

      Plaintiff,

  -vs-                                        **Case No. 15-C-728**

**MILWAUKEE PUBLIC SCHOOL DISTRICT,**

      Defendant.

## DECISION AND ORDER

The *pro se* plaintiff, James Ottis Watkins, alleges herein that he was denied employment as a substitute teacher with the Milwaukee Public School District because of his race in violation of Title VII. Watkins states an actionable claim for relief under Title VII. 28 U.S.C. § 1915(e)(2). Watkin's financial affidavit reveals that he is unable to afford the filing fee to commence this action. Therefore, Watkins' motion for leave to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**.

When the Milwaukee Public School District is sued, "Wisconsin law is explicit that the complaint and summons must be served on both 'the board president and the superintendent of schools.'" *Coleman v. Milwaukee Bd. of Sch. Dirs.*, 290 F.3d 932, 933 (7th Cir. 2002) (quoting Wis. Stat. § 119.12(2)). According to the MPS website, both of these offices are located

at the same address: 5225 W. Vliet Street, Milwaukee, WI.

Accordingly, **IT IS HEREBY ORDERED THAT** the United States Marshals Service shall serve a copy of the complaint, the summons, and this order upon both the Board President and the Superintendent of Schools for the Milwaukee Public Schools. The plaintiff is advised that Congress requires the Marshals Service to charge for making or attempting to make such service. 28 U.S.C. § 1921(b). Current fees are listed at 28 C.F.R. § 0.114(a).

Dated at Milwaukee, Wisconsin, this 19th day of June, 2015.

**SO ORDERED:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**