

**ADMINISTRATIVE OFFICE**
230 West Wells Street, Room 800, Milwaukee, Wisconsin 53203
new caller / intake 855-947-2529 | www.legalaction.org | tel 414-278-7777 | fax 414-278-7156

January 7, 2019

Magistrate Judge Calahan
Room 716
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: Watkins v. Milwaukee Public School
    Case No. 15CV728

Dear Judge Calahan:

I have been appointed to represent Mr. Watkins. This case is scheduled for mediation on January 11, 2019 and my report was due on January 4, 2018.

I was not able to file my report because I have lost contract with Mr. Watkins. His address and telephone numbers have changed, and his last known telephone number appears to have been reassigned. I have attempted to contact him at his last known email address and have sent another email today.

It is certainly possible that Mr. Watkins recent unavailability is due to the holidays in combination with a change of address. I have had contact with Mr. Watkins during the course of this case, and I am surprised and concerned that I have not been able to reach him.

I have been in contact with Attorney Roovers and informed him that I do not have express authority for Mr. Watkins to make an offer at this time. Although I have some ideas of possible proposals, I believe I cannot in good faith propose them without Mr. Watkins' authority.

I will continue my efforts to contact Mr. Watkins, but at this time I would like to request a postponement of the mediation. I realize this matter has been previously adjourned. I apologize for the inconvenience.

Sincerely,

*Jeffery R. Myer*
Jeffery R. Myer
Attorney for James Watkins

| | | telephone | toll-free |
|---|---|---|---|
| **Green Bay Office** | Brown, Calumet, Door, Kewaunee, Manitowoc and Outagamie Counties | 920-432-4645 | 800-236-1127 |
| **La Crosse Office** | Buffalo, Crawford, Grant, Jackson, Juneau, La Crosse, Monroe, Richland, Trempealeau and Vernon Counties | 608-785-2809 | 800-873-0927 |
| **Madison Office** | Columbia, Dane, Dodge, Green, Iowa, Jefferson, Lafayette, Rock and Sauk Counties | 608-256-3304 | 800-362-3904 |
| **Migrant Project** | Statewide | 608-256-3304 | 800-362-3904 |
| **Milwaukee Office** | Milwaukee and Waukesha Counties | 414-278-7722 | 888-278-0633 |
| **Oshkosh Office** | Adams, Fond du Lac, Green Lake, Marquette, Ozaukee, Sheboygan, Washington, Waushara and Winnebago Counties | 920-233-6521 | 800-236-1128 |
| **Racine Office** | Kenosha, Racine and Walworth Counties | 262-635-8836 | 800-242-5840 |